**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CASE NO. 2: 25-MJ-002 |
| | MAGISTRATE JUDGE JOLSON |
| **JARRON DAMMONS,** | |
| Defendant. | |

# ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **DISMISSED**.

                                                           s/ Kimberly A. Jolson
                                                          **KIMBERLY A. JOLSON**
                                                          **United States Magistrate Judge**

3/7/2025
**DATE**